[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JULY 15, 2008
THOMAS K. KAHN
CLERK

_____

No. 04-15128

_____

D. C. Docket No. 04-20299-CR-DMM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MICHAEL WILLIAMS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(July 15, 2008)**

**ON REMAND FROM THE
SUPREME COURT OF THE UNITED STATES**

Before BARKETT, WILSON and REAVLEY[*], Circuit Judges.

PER CURIAM:

---

[*] Honorable Thomas M. Reavley, United States Circuit Judge for the Fifth Circuit, sitting by designation.

This case comes to us on remand from the Supreme Court of the United States. See United States v. Williams, 128 S. Ct. 1830 (2007), reversing United States v. Williams, 444 F.3d 1286 (11th Cir. 2006). In accordance therewith, we hereby AFFIRM Williams's conviction and sentence for pandering child pornography in violation of 18 U.S.C. § 2252A(a)(3)(B).

**AFFIRMED.**